RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RYAN NORWOOD
Assistant Federal Public Defender
New Hampshire State Bar # 15604
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ryan_Norwood@fd.org

Attorneys for David Baltazar Valdez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-150-KJD-PAL |
| Plaintiff, | **UNOPPOSED MOTION TO RELEASE PASSPORT** |
| v. | |
| DAVID BALTAZAR VALDEZ, | |
| Defendant. | |

Certification: This motion is timely filed.

Comes now the defendant, David Baltazar Valdez ("Valdez"), by and through his counsel of record, Ryan Norwood, Assistant Federal Public Defender, and hereby moves this court to order the release of his passport. This motion is based on the points and authorities set forth below

DATED this 11th day of July, 2016.

                RENE VALLADARES
                Federal Public Defender

            By: */s/ Ryan Norwood*
                RYAN NORWOOD,
                Assistant Federal Public Defender

**POINTS AND AUTHORITIES**

1. The defendant, David Balthazar Valdez, initially appeared in Court on May 2, 2016. The court ordered his pretrial release, but required as a condition of that release that Mr. Balthazar surrender his passport to U.S. Pretrial Services.

2. On July 5, 2016, Mr. Valdez resolved this case via a plea to a petty offense. He was sentenced the same day. There was no custodial sentence.

3. The Court issued the judgment of conviction on July 8, 2016.

4. Since Mr. Valdez has waived his right to a trial, entered a plea, and been sentenced, he is no longer on pretrial release. Accordingly, his conditions of pretrial release are no longer in effect.

5. Mr. Valdez has accordingly requested that U.S. Pretrial Services return the passport that he surrendered. Pretrial Services, however, stated they would not do so without an order from this Court. It is not clear why such an order would be necessary, but Mr. Valdez submits the following motion to expeditiously resolve the matter.

6. The government's counsel, AUSA Jared Grimmer, states that he does not object to the request to release the passport.

**CONCLUSION**

For all the above reasons, Valdez would respectfully request the Court enter an order directing U.S. Pretrial Services to return his passport to him upon request.

RENE L. VALLADARES
Federal Public Defender

By: */s/*
RYAN NORWOOD
Assistant Federal Public Defenders
Attorneys for David Baltazar Valdez

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID BALTAZAR VALDEZ,<br><br>　　　　Defendant. | Case No. 2:16-cr-150-KJD-PAL<br><br>ORDER |

## **ORDER**

Based on the pending unopposed motion, and good cause appearing therefore, the Court hereby orders that U.S. Pretrial Services for the District of Nevada shall upon request return the passport that the defendant, David Baltazar Valdez, surrendered to that agency as one of his conditions of pretrial release.

DATED this October 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

3